1.     I, Timothy Hunt, being first duly sworn, on oath depose and state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, located in Grand Rapids, Michigan.  I have been a special agent with the ATF since 2003.  Prior to my employment as an ATF agent, I was employed as an inspector with ATF for approximately 2 ½ years.  I have a bachelor's degree from Western Michigan University as well as a master's degree from Oklahoma State University.  I am also a graduate of the Criminal Investigator Training Program and ATF's New Professional Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. In my current capacity as a special agent for the ATF, I have received specialized training and experience in relation to federal laws, particularly firearms and explosives laws.

2.     The ATF conducts investigations involving crimes against the United States, including crimes involving the violation of federal firearms laws.  My duties consist of investigating violations of those laws.

3.     This continuation is submitted in support of a request for an arrest warrant for Samuel Dontrell KEMP (DOB XX/XX/1992; ssn XXX-XX-3035)[1].

4.     I have been working on this investigation with officers from various law enforcement agencies, including the Benton Township Police Department, Benton Harbor Department of Public Safety, and the Michigan State Police.  The information contained in this continuation includes information gathered by myself as well as other officers. The information contained in this continuation is drawn from information provided by other law enforcement officials and governmental agencies, my own experience and training, the experience of other

---

1 KEMP's date of birth and social security number are known to me, but I am not disclosing

agents, the review of documents, and interviews with witnesses.  Where statements of others are set forth in this continuation, they are set forth in substance and are not verbatim.

5.      This continuation is submitted for the purpose of establishing probable cause in support of an application for a warrant to arrest of Samuel KEMP for federal violations, including violations of Title 18, United States Code, Section 922(g)1 (Possession of Firearms by a Felon).

6.      This continuation contains only a summary of certain relevant facts.  I have not included every fact known to me or other investigators concerning the individuals and events described in this continuation.

7.      On August 31, 2024, Kyra Strange and KEMP went to On Target, a federally licensed firearm dealer in Kalamazoo, Michigan.  Video surveillance obtained from the business shows Strange and KEMP examining various firearms within the store.  During this interaction Strange made a layaway deposit of $20 for a Smith & Wesson Shield 9mm pistol. A screen shot clipped from the video surveillance of Strange and KEMP is below:

---

them to protect his personally identifiable information.



During the interaction in the store, KEMP hands Strange what is believed to be Strange's debit

card.  A screen shot of this from the surveillance video is below:



3

8.     On September 5, 2024, Strange and KEMP returned to On Target.  Video surveillance from the store shows Strange and KEMP again handling various firearms.  Strange can be observed completing paperwork to purchase a firearm.  Strange and KEMP both appear to provide cash for the purchase of the firearm.  A screen shot of this this from the video surveillance is below:



Strange also appears to use a purchase card after KEMP hands Strange something, believed to be the debit card.  Screen shot from surveillance video below:

 

Strange and KEMP leave the store together, with KEMP carrying the firearm in a brown paper bag. KEMP is also carrying the lockbox (in the clear plastic packaging) that they purchased that same day. Screen shot from surveillance video is below:



9.      Records from On Target describe the firearm purchased as a Smith & Wesson M&P Shield 9mm pistol, bearing serial number HNW7569.

6

10.    Law enforcement reviewed video surveillance from Wings and Things, 790 E Main St, Benton Harbor, that shows KEMP at that location on September 7, 2024, from 10:36PM until 11:12PM. KEMP arrives in a Ford Edge as a front seat passenger and is being driven by Curtis Crum. In a review of the interior footage, you can see KEMP wearing a blue hooded sweatshirt, a ski-mask, and a small fanny pack over his shoulder. When KEMP first walks in the store you can see a heavy object in his hoody pocket. As the camera turns you can see a black object in the hooded pocket and KEMP grabs that object as he is scanning the store. KEMP then leaves the store.  A few minutes later you can see KEMP return to the store as police pull into the parking lot and he walks behind a cooler and he takes a black object, that appears consistent with a pistol, out of his hooded sweatshirt and hides it amongst the Snapple bottles and boxes. A screen shot from the video is below:



KEMP then purchases something with Strange's cash app card at the store and then leaves. This

purchase was verified through information obtained from a download of Strange's phone.

Approximately 10 minutes later KEMP returns to the store, walks directly to the area he stashed the item, retrieves it, and places it in his fanny pack.

11.     In an interview with Curtis Crum on September 19, 2024, Crum stated the following: Crum stated that he was traveling with KEMP on September 7, 2024. Crum said he picked KEMP up gave KEMP a ride to Wings and Things. Crum thought that KEMP had a gun in KEMP's hoody pocket due to the way KEMP was walking but Crum did not observe it. Crum said it wasn't until KEMP was inside Wings and Things when the police arrived that Crum observed KEMP with the firearm. Crum thought that it was a smaller pistol and not a full sized, but he did not know what kind it was. Crum said he did not want KEMP back in his car because Crum was on parole and so Crum left the store without KEMP.

12.     The Smith &Wesson Shield 9mm pistol is a smaller framed pistol as compared to full-framed pistols.  I believe Crum's description of the pistol he saw KEMP carrying is consistent with the Smith & Wesson Shield 9mm pistol that Strange and KEMP purchased on September 5, 2024.

13.     Local law enforcement in the Benton Harbor area have identified KEMP as a suspect in two shootings.  On September 1, 2024, at approximately 3:16 PM officers with the Benton Harbor Department of Public Safety responded to the area of 870 Nate Wells Sr Dr for the report of a shooting. Upon arrival officers located two subjects who had been struck by gunfire. They also located fired cartridge casings in that area. The two subjects who had been shot were Dequarious Seuell and Dereck Wade. Seuell was shot in the back and Wade was struck in the leg. Information from that investigation indicated that Samuel KEMP had shot Dequarious Seuell and Derick Wade due to an ongoing dispute. On September 8, 2024, at

approximately 01:43AM Benton Township Police Department and area detectives responded to a homicide that occurred in the area of Broadway and Emery in Benton Township, Berrien County, Michigan. The victim, Ty'Sean Dawson was shot multiple times in the chest at close range and died at Lakeland Hospital after being transported by medical staff. Five 9mm shell casings were recovered from where the victim was located. Four of these cartridge casings were recovered and preserved for further DNA analysis. One was sent to the MSP forensic lab. No other firearms evidence was located on scene. Investigation into the incident revealed that Dawson was close friends with a Dequarious Seuell. KEMP was interviewed on September 9, 2024, and denied any involvement in the shootings.

14.    Results from a private lab of the DNA analysis from the shell casings indicated that there were multiple DNA profiles on the casings, and not all of them were suitable for comparison. The profiles that were suitable for comparison were not correlated to KEMP's DNA profile.

15.    On September 18, 2024, investigators interviewed Strange. During this interview Strange made various statements about the firearm purchase. Strange said that she purchased the firearm for herself using a debit card and that she carried it out of the store. In fact, video surveillance at the gun store in Kalamazoo shows that Strange purchased the pistol but that KEMP carried it out of the store and got into the vehicle with it. It appears on the video that Strange and KEMP pay with cash as well as a card. Strange told investigators that after she purchased the pistol, it was stolen from her person. Strange first told investigators that someone had robbed her of the pistol and of the lockbox she had bought for it. She also told investigators that KEMP did not have access to it. Later in the interview, Strange did admit that it was not

stolen as she had described, but she did not currently know where it was. She did admit that KEMP did have access to her firearm and was driving her white van in the evening of September 7, 2024.  Strange told investigators that she had stored the pistol in the lockbox in her white van.

16.     A review of records shows that KEMP has various prior convictions for crimes punishable for a term of imprisonment over a term of one year: Assault with Intent to Do Great Bodily Harm (Berrien County, 2011); Tampering with an Electronic Device (Berrien County, 2015); Fleeing Police 3rd Degree (Berrien County, 2021); and two counts of Assault/Resisting/Obstructing a Peace Officer (Berrien County, 2023).

17.     I am aware that the above-described weapon meets the definition of a firearm under the Gun Control Act, and that it was manufactured outside of the state of Michigan.

18.     Based on the foregoing, my knowledge, training and experience, and that of other agents, I respectfully submit there is probable cause to believe violations of Title 18, United States Code, Sections 922(g)1 (Possession of a Firearm by a Felon).