UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL DONTRELL KEMP,

    Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

**Felon in Possession of a Firearm**

Between on or about September 5, 2024, and on or about September 8, 2024, in Kalamazoo and Berrien Counties, in the Southern Division of the Western District of Michigan,

**SAMUEL DONTRELL KEMP,**

knowing that he had previously been convicted of one or more offenses punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm that was in and affecting commerce, that is, a Smith & Wesson M&P Shield 9mm semi-automatic pistol.

**18 U.S.C. § 922(g)(1)**
**18 U.S.C. § 921(a)**
**18 U.S.C. § 924(a)(8)**

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_/s/ Daniel Y. Mekaru_
_____
DANIEL Y. MEKARU
Assistant United States Attorney